UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1834 (PLF) |
| UNITED STATES OFFICE OF SPECIAL COUNSEL, | ) |
| Defendant. | ) |

ORDER

This matter is before the Court upon initial consideration of the Petition for Writ of Mandamus. Mandamus is a drastic remedy to be invoked only in extraordinary situations. See Chatman-Bey v. Thornburgh, 864 F.2d 804, 806 n. 2 (1988). It is granted only when essential to the interests of justice. See Starnes v. McGuire, 512 F.2d 918, 929 (D.C. Cir. 1974). Mandamus is available only if: "(1) the plaintiff has a clear right to relief; (2) that defendant has a clear duty to act; and (3) there is no other adequate remedy available to plaintiff." Northern States Power Co. v. U.S. Dep't of Energy, 128 F.3d 754, 758 (D.C. Cir. 1997). The party seeking mandamus has the "burden of showing that its right to issuance of the writ is 'clear and indisputable.'" Gulfstream Aerospace Corp. v. Mayacamas Corp., 485 U.S. 271, 289 (1988) (citing Bankers Life & Cas. Co. v. Holland, 346 U.S. 379, 384 (1953)). Plaintiff does not meet his burden.

In this action, plaintiff demands the release of records maintained by United States Office of Special Counsel. An adequate remedy for a request of this nature exists pursuant to the

Freedom of Information Act. See 5 U.S.C. § 552(a)(4)(B). In fact, plaintiff cites to the Freedom of Information Act in his petition. See Petition at 3. The Court therefore will deny the petition for a writ of mandamus, and construe this action as a civil action pursuant to the Freedom of Information Act.

      Accordingly, it is hereby

      ORDERED that the petition for a writ of mandamus is DENIED; it is

      FURTHER ORDERED that this action shall proceed as a civil action pursuant to the Freedom of Information Act; and it is

      FURTHER ORDERED that a copy of this Order shall be served on defendant with a copy of the summons and complaint.

      SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 8, 2006