UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, ) | |
| ) | |
| Petitioner ) | |
| ) | Civil Action No: 06-1834 (PLF) |
| v. ) | |
| U.S. OFFICE OF SPECIAL COUNSEL, ) | |
| ) | November 17, 2006 |
| Respondent ) | |
| ) | |
| ) | |

## MOTION TO OBTAIN ECF ACCESS

Petitioner respectfully motions the Court for permission to file in ECF for this case. The Court previously authorized this in the two cases Carson v. OSC docket nos. 04-315 and 05-537. The ECF User's manual on page 2 states that pro se filers must petition the Court for permission to file in ECF. Petitioner has all the equipment and software necessary to file in ECF.

Respectfully Submitted,

_____
Joseph P. Carson, P.E., Petitioner

RECEIVED
NOV 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

CERTIFICATE OF SERVICE

I hereby CERTIFY that a copy of this filing was sent by first class mail to:

Clerk of the Court
333 Constitution Ave, N.W.
Room 1225
Washington, DC 20001

<u>Agency Representative</u>

Andrea McBarnette
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Room 10-108
Washington, DC 20530
fax 202-514-8780

_____
Joseph P. Carson, P.E., Petitioner

_____
Date