AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Joseph Carson

V.

U.S. Office of Special Counsel

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-1834 (PLF)

RECEIVED
DEC 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Pro Se

TO: (Name and address of Defendant)

U.S. Attorney General
D.O.J.
950 Pennsylvania Ave, N.W.
Washington, DC 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Joseph Carson
10853 Twin Harbour Dr.
Knoxville, TN 37934

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              12/4/06

---
CLERK                                                DATE

T. Davis
---
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/2/06 |
| NAME OF SERVER (PRINT) Joe Larsen | TITLE Appellant pro se |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Sent by Certified Mail_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/2/06      _[signature]_
                Date          Signature of Server

10953 Twin Harbour Dr.
Address of Server

Knoxville, TN 37934

RECEIVED
NOV 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a Summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Joseph Carson

v.

U.S. Office of Special Counsel

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-1834 (PLF)

TO: (Name and address of Defendant)

U.S. Attorney
555 4th St, NW
Washington, DC 20001

Pro Se

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph Carson,
10953 Twin Harbour Dr,
Knoxville, TN 37934

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                                       12/4/06

CLERK                                                             DATE

T- Davis

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 7, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Joe Carson | Appellant, pro se |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent by Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| NA | NA | NA |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/7/06
_____
Date      Signature of Server

10553 Twin Harbour Dr.
_____
Address of Server

Knoxville, TN 37934

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED
NOV 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Joseph P. Carson

**SUMMONS IN A CIVIL CASE**

V.

U.S. Office of Special Counsel

CASE NUMBER: 06-1834 (PLF)

TO: (Name and address of Defendant)

U.S. Office of Special Counsel
1730 M St. N.W. #218
Washington, DC 20036

Pro Se

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Joseph Carson
10953 Twin Harbour Dr.
Knoxville, TN 37934

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        12/4/06

CLERK            DATE

T. Davis

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 12/7/06 |
| NAME OF SERVER (PRINT) Joe Carson | TITLE Appellant, pro se |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent by Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/7/06
          Date       Signature of Server

1033 Twin Harbor Dr.
Address of Server
Knoxville, TN 37934

**RECEIVED**
NOV 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 0810 0005 7645 5602**
Status: **Delivered**

Your item was delivered at 1:06 PM on December 11, 2006 in WASHINGTON, DC 20036.

( Additional Details > )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Printed for Joe Carson <jpcarson@mindspring.com>    12/18/2006



# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0005 7645 5589**
Status: **Delivered**

Your item was delivered at 10:55 AM on December 11, 2006 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS     site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust             Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Printed for Joe Carson <jpcarson@mindspring.com>                    12/18/2006



Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0005 7645 5596**
Status: **Delivered**

Your item was delivered at 10:55 AM on December 11, 2006 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

Track & Confirm
Enter Label/Receipt Number.

( Go > )

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS        site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney
555 4th St. N.W.
Washington, DC
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
950 Pennsylvania Av, N.W.
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. OSC
1730 M St. N.W.
Ste 218
Washington, DC 20036

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  JAL.   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   F. PN                         12/11/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7006 0810 0005 7645 5602
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | $1.11  0933 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.36 |

Postmark Here — FARRAGUT POST OFFICE, DEC -7 2006, KNOXVILLE TN 37932, 12/07/2006

Sent To: U.S. OSC
Street, Apt. No.; or PO Box No.: 1730 M St, N.W., Ste 218
City, State, ZIP+4: Washington, DC 20036

7006 0810 0005 7645 5602

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | $1.11  0933 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.36 |

Postmark Here — FARRAGUT POST OFFICE, DEC -7 2006, KNOXVILLE TN 37932, 12/07/2006

Sent To: U.S. Attorney General
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave, N.W.
City, State, ZIP+4: Washington DC 20530

7006 0810 0005 7645 5589

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | $1.11  0933 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.36 |

Postmark Here — FARRAGUT POST OFFICE, DEC -7 2006, KNOXVILLE TN 37932, 12/07/2006

Sent To: U.S. Attorney
Street, Apt. No.; or PO Box No.: 555 4th St, N.W.
City, State, ZIP+4: Washington, DC 20530

7006 0810 0005 7645 5596

PS Form 3800, June 2002    See Reverse for Instructions