UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1834 (PLF) |
| | ) |
| UNITED STATES OFFICE OF | ) |
| SPECIAL COUNSEL, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE RESPONSE TO MOTION FOR RECONSIDERATION**

Defendant, United States Office of Special Counsel ("OSC"), through its undersigned attorneys, hereby respectfully requests an enlargement of time, to and including January 31, 2007, within which to file a response to Plaintiff's Motion for Reconsideration. Defendant's response is now due on January 29th, 2007.

This is Defendant's first request for an enlargement of time for this purpose. Because Plaintiff is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and Defendant, therefore, has not obtained his position as to the relief requested.[1]

There is good cause for this motion. On January 11, 2007, the Court granted Defendant's motion for an *Open America* stay. Subsequently, Plaintiff filed a motion for reconsideration alleging that he had filed a request with the OSC to expedite his Freedom of Information requests. The OSC is presently processing Plaintiff's request to expedite his FOIA requests. Thus, additional time is needed for Defendant's response to Plaintiff's motion for

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties.

reconsideration.

Accordingly, Defendant is requesting an extension of time to and including January 31, 2007, to respond to Plaintiff's Motion for Reconsideration.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted. A proposed order is included with this motion.

                                       Respectfully submitted,

                                       /s/
                                      JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                     /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                     /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of January, 2007, I caused the foregoing Motion for Enlargement of Time and proposed Order to be served by first class mail, postage prepaid, on:

Joseph P. Carson  
10953 Twin Harbour Drive  
Knoxville, TN 37934

                                              _____/s/_____  
                                              JUDITH A. KIDWELL  
                                              Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OFFICE OF <br> SPECIAL COUNSEL, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-1834 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

UPON CONSIDERATION OF Defendant's Motion for An Enlargement of Time to file a response to Plaintiff's Motion for Reconsideration, any Opposition thereto, and the entire record herein, it is this _____ day of January, 2007,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHERED ORDERED** that Defendant shall have until and including January 31, 2007, to file a response to Plaintiff's Motion for Reconsideration.

_____
UNITED STATES DISTRICT JUDGE