UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH P. CARSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1834 (PLF) |
| UNITED STATES OFFICE OF SPECIAL COUNSEL, | ) ) ) ) | |
| Defendant. | ) ) | |

ORDER

This matter is before the Court on plaintiff's objection and motion for reconsideration of this Court's January 11, 2007 Order granting defendant's request for a stay, and plaintiff's motion for leave to supplement relief requested to include directing defendant to expedite processing of his Freedom of Information Act ("FOIA") requests. Defendant has filed an opposition to both motions. Largely for the reasons set forth in defendant's opposition, the Court will deny both motions. The Court also notes that this matter is stayed until May 31, 2007, and the parties therefore should refrain from filing any motions in this case until after that date. See January 11, 2007 Minute Order. Accordingly, it is hereby

ORDERED that plaintiff's motion for reconsideration of the Court's Order granting defendant's motion to stay [11] is DENIED; and it is

FURTHER ORDERED that plaintiff's motion for leave to supplement relief requested [13] is DENIED.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 5, 2007