**RECEIVED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOSEPH P. CARSON,                    )
                                     )
        Plaintiff                    )
                                     )
        v.                           )   Civil Action No: 06-1834 (PLF)
U.S. OFFICE OF SPECIAL COUNSEL,      )
                                     )
        Defendant                    )
                                     )
_____)

## NOTICE OF DESIGNATION OF RELATED CIVIL CASES

Per Local Rule 40.5(b)(2) and (3) of this Court, cited on the Court's form
CO-932, "Notice of Designation of Related Civil Cases Pending in This or Any
Other United States Court," Petitioner respectfully notifies the Court of his
understanding of all related pending or dismissed cases.

As petitioner understands the form, the cases are related because: 1) they are
filed by him, a pro se litigant, and 2) involve common issues.

The "common issues" relating the cases stem from petitioner's contention
that:

1) U.S. Office of Special Counsel (OSC) is not complying with its statutory
duties to protect federal employees, including him, from prohibited
personnel practices (PPP's),

2) OSC is not complying with its statutory duty to make public reports that

1

contain specific information about its performance in protecting federal employees from PPP's,

3) U.S. Merit Systems Protection Board (MSPB) is not complying with the statutory duty to review OSC's records of verify its compliance with its statutory duty to protect federal employees from PPP's,

4) MSPB is not complying with its statutory duty to make public reports that report "whether the public interest in a civil service free of prohibited personal practices is being adequately protected,"

5) OSC attorneys,  in positions that have direct line responsibility to execute OSC's statutory obligations to federal employees who seek its protection from PPP's, should be referred by the Court for disciplinary action to the appropriate professional body if the Court determines OSC is non-compliant with those responsibilities, and

6) MSPB attorneys, in positions that have direct line responsibility to execute MSPB's statutory obligations to conduct oversight of OSC's compliance with its responsibilities to protect federal employees from PPP's and/or to document the results in public reports, should be referred by the Court for disciplinary action to the appropriate professional body if the court determines MSPB is not compliant with those responsibilities.

2

Applying that understanding of the Court's rule, petitioner suggests the following pending cases are related to this case:

1.    US Court of Appeals for the District Of Columbia Circuit, <u>Carson v. Office of Special Counsel</u>, docket no. 06-5364

2.    US Court of Appeals for the Federal Circuit, <u>Carson v. Department of Energy</u>, docket no. 2007-3134 (Note: a motion to re-caption the case to make MSPB the respondent has been submitted to the Court.)

3.    US District Court for the District of Columbia, <u>Carson v. Office of Special Counsel</u>, docket no. 06-1833.

4.    US District Court for the District of Columbia, <u>Carson v. Office of Special Counsel</u>, docket no. 07-0443.

5.    US District Court for the District of Columbia, <u>Carson v. Merit Systems Protection Board</u>, docket no. 07-0261.

6.    US District Court for the District of Columbia, <u>Carson v. Merit Systems Protection Board</u>, docket no. 07-0445.

Petitioner suggests the following dismissed cases are related to this case:

1.    US District Court for the District of Columbia, <u>Carson v. Office of Special Counsel</u>, docket no. 04-0315.

2.    US District Court for the District of Columbia, <u>Carson v. Office of Special</u>

<u>Counsel</u>, docket no. 05-0537.

Respectfully Submitted,

Joseph P. Carson, P.E., pro so
10953 Twin Harbour Drive
Knoxville, TN 37934
863-300-5831

# **Certificate of Service**

I certify that the following documents for <u>Carson v. Office of Special Counsel</u>, docket no. 06-1834:

1.    Notice of filing of related civil cases

was served, via U.S. Mail, on

Representative for OSC

US Dept. of Justice
Attention: Judith Kidwell
555 Fourth St, NW
Room E4905
Washington, DC 20530

_____
Joseph P. Carson

March 15, 2007