UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No: 06-1834 (PLF) ) |
| U.S. OFFICE OF SPECIAL COUNSEL, | ) ) |
| Defendant | ) ) ) |

## MOTION TO MODIFY/LIMIT FOIA REQUEST

Plaintiff submits this motion after failing to resolve the issue informally with OSC.

OSC claimed "exceptional circumstances" in requesting a stay of the processing of this case, even though it did not first contact Mr. Carson, per 5 USC 552(a)(6)(B)(ii), to provide him:

> "an opportunity to limit the scope of the request so that it may be processed within that time limit or an opportunity to arrange with the agency an alternative time frame for processing the request or a modified request."

Despite OSC's non-compliance with the law, on February 2, 2007, Mr. Carson sent OSC the attached (exhibit 1) request to modify or limit the scope of his FOIA request FO-06-2732, consistent with 5 USC 552(a)(6)(B)(ii). OSC has yet to respond to his request and told him, when he followed up by phone with OSC's FOIA officer, Mr. Kurt, that it would respond on or before May 31, 2007,

RECEIVED
APR 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

when its response to Mr. Carson's FOIA complaint is now due.

Mr. Carson requests the Court direct OSC to modify or limit the FOIA request as Mr. Carson has requested, as he has no interest in obtaining information in FOIA complaints OSC received that did not receive a OSC Field investigation.

Respectfully Submitted,

Joseph P. Carson, P.E., Plaintiff
10953 Twin Harbor Dr
Knoxville, TN 37934
865-300-5831

FOIA APPEAL Information

February 2, 2007

Ms. Erin McDonnell
OSC

Re: FOIA Appeal FO-06-2732

Dear Ms. McDonnell,

In my September 9, 2006 appeal of this FOIA request, I clarified the request to make as clear as I could that I have no interest in whatever extraneous complaints OSC has received from unauthorized sources about possible FOIA non-compliance in Executive agencies.

Despite these efforts, OSC appears to be committed to evading its lawful responsibility, making possibly pejurious statements to a federal judge, to respond to my FOIA request.

Even though OSC, has, to this point, refused to comply with its statutory obligation to provide me an opportunity to modify/clarify my FOIA request, before claiming "exceptional circumstances" to a federal court as part of a stay request, and I have no expectation that it will, I desire the record be established as clearly as possible about my request.

To that end, I have enclosed a table of OSC complaints received and field investigations conducted for FOIA. I am only interested in getting information about the FOIA field investigations OSC conducted. If OSC is incapable of determining which FOIA complaints it receivsed came from federal courts, as Mr. Kurt claims it is - then just provide me information requested in the FOIA request and its appeal about the Field investigations OSC conducted as a result of the FOIA complaints it received.

Respectfully,

Joe Carson, P.E.
10953 Twin Harbour Drive
Knoxville, TN 37934

copy: Judith Kidwell, DOJ

Ex 11

OSC FOIA abuse (arbitrary and capricious withholding of information) allegations received and investigations conducted, based on information contained in OSC Annual Reports to Congress, made per 5 USC 1218

Note: 5 USC 552(a)(4)(F) is only place where "Special Counsel" is mentioned in section 552

| Year | allegations received by OSC per 5 USC 1216(a)(3) | OSC field investigations conducted |
|---|---|---|
| 1989 | 34 | 1 |
| 1990 | 27 | 2 |
| 1991 | 30 | 1 |
| 1992 | 29 | 1 |
| 1993 | 50 | 3 |
| 1994 | 48 | 1 |
| 1995 | 55 | 4 |
| 1996 | 45 | 6 |
| 1997 | 33 | 3 |
| 1998 | 35 | 5 |
| 1999 | 43 | 27 (most likely a typo, instead of 2) |
| 2000 | 47 | 3 |
| 2001 | 29 | 6 |
| 2002 | 25 | 2 |
| 2003 | info not in annual report | info not in annual report |
| 2004 | info not in annual report | info not in annual report |
| 2005 | info not in annual report | info not in annual report |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH P. CARSON, )
 )
    Plaintiff )
 ) Civil Action No: 06-1834 (PLF)
v. )
U.S. OFFICE OF SPECIAL COUNSEL, )
 )
    Defendant )
 )
_____ )

## ORDER

UPON CONSIDERATION OF Plaintiff's motion that defendant modify or limit FOIA request FO-06-2732, it is this ___ day of April 2007,

ORDERED, that the plaintiff's motion requesting the defendant to modify or limit FOIA request FO-06-2732 is GRANTED; it is

DATED:_____

_____
UNITED STATES DISTRICT JUDGE