# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSEPH P. CARSON,          )
                                )
         Plaintiff,        )
                                )
       v.                )     Civil Action No. 06-1834 (PLF)
                                )
UNITED STATES OFFICE OF   )
SPECIAL COUNSEL,         )
                                )
         Defendant.    )
_____  )

## DEFENDANT'S STATUS REPORT AND PROPOSED ORDER

The Defendant, the United States Office of Special Counsel ("OSC"), respectfully provides this status report to the Court and requests that the Court enter the attached order in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, action.  The Defendant states as follows:

1.     On January 11, 2007, the Court granted the Defendant's motion for an *Open America* stay.  The Defendant was ordered to respond to the Plaintiff's FOIA requests by May 31, 2007.

2.     On May 31, 2007, the Defendant completed and served its responses to the Plaintiff's FOIA requests on the Plaintiff, by certified mail, return receipt requested.

3.     The processing of the Plaintiff's FOIA requests has been completed and the Defendant expects that the next step in this case will include preparation of motions for summary judgment.  To that end, the Defendant proposes the following schedule:

Defendant's summary judgment brief shall be filed by July 31, 2007;

Plaintiff's opposition and/or cross-motion shall be filed by August 31, 2007;

Defendant's reply and any opposition to any cross-motion shall be filed by September 14, 2007;

Plaintiff's reply, if any, shall be filed by September 28, 2007.

A proposed order consistent with this Status Report is attached.

Respectfully submitted,

   /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that copies of the foregoing Defendant's Status Report and

proposed Order were mailed, postage prepaid, on this 31st day of May, 2007, to:

Mr. Joseph P. Carson
10953 Twin Harbour Drive
Knoxville, TN  37934


_____/s/_____
JUDITH A. KIDWELL
ASSISTANT U.S. ATTORNEY

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOSEPH P. CARSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-1834 (PLF)** |
| | ) | |
| **UNITED STATES OFFICE OF** | ) | |
| **SPECIAL COUNSEL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ──────────────────────────── | ) | |

### ORDER

UPON CONSIDERATION OF the Defendant's Status Report, any opposition thereto,

and the entire record herein, it is this _____ day of June, 2007,

ORDERED, that:

Defendant's summary judgment brief shall be filed by July 31, 2007;

Plaintiff's opposition and/or cross-motion shall be filed by August 31, 2007;

Defendant's reply and any opposition to any cross-motion shall be filed by September 14,

2007;

Plaintiff's reply, if any, shall be filed by September 28, 2007.


DATED: _____


_____
UNITED STATES DISTRICT JUDGE