UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 06-1834 (PLF) |
| UNITED STATES OFFICE OF SPECIAL COUNSEL, | ) |
|       Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, United States Office of Special Counsel ("OSC"), through its undersigned attorneys, hereby respectfully requests an enlargement of time, to and including August 10, 2007, within which to file its motion for summary judgment. Defendant's motion for summary judgment is now due on July 31, 2007.

This is Defendant's first request for an enlargement of time for this purpose. Plaintiff is proceeding *pro se* and undersigned counsel sent him an e-mail on July 31, 2007, to obtain his position on this motion. Plaintiff *pro se* responded by e-mail that he did not oppose this motion for an enlargement of time.

There is good cause for this motion. Undersigned counsel was unexpectedly out of the office last week, due to the illness and subsequent death of a family friend. Undersigned counsel will also be on leave from August 2, 2007, until August 7, 2007, and she, therefore, needs additional time to prepare Defendant's motion for summary judgment.

Accordingly, Defendant is requesting an extension of time to and including August 10,

2007, to file Defendant's motion for summary judgment.

For the foregoing reasons, Defendant respectfully requests that this unopposed motion for an enlargement of time be granted. A proposed order is included with this motion.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of July, 2007, I caused the foregoing Unopposed Motion for Enlargement of Time To File Defendant's Motion for Summary Judgment and proposed Order to be served by first class mail, postage prepaid, on:

Joseph P. Carson
10953 Twin Harbour Drive
Knoxville, TN 37934

                                                  _____/s/_____
                                                JUDITH A. KIDWELL
                                                Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH P. CARSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1834 (PLF) |
| | ) |
| **UNITED STATES OFFICE OF** | ) |
| **SPECIAL COUNSEL,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

UPON CONSIDERATION OF Defendant's Unopposed Motion for An Enlargement of Time to File Defendant's Motion for Summary Judgment and the entire record herein, it is this _____ day of _____, 2007,

**ORDERED** that Defendant's unopposed motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including August 10, 2007, to file its motion for summary judgment.

_____
UNITED STATES DISTRICT JUDGE