UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH CARSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1834 (PLF) |
| | ) |
| UNITED STATES OFFICE OF SPECIAL COUNSEL, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the Defendant in the above-captioned case.

Respectfully submitted,

  /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that I caused service of the foregoing Notice of Appearance to be made electronically via the Court's Electronic Case Filing System and by mailing a copy, first class postage prepaid, addressed to:

**JOSEPH CARSON**
10953 Twin Harbor Drive
Knoxville, TN 37934

on this 31st day of August, 2007.

                  /s Sherease Louis
                  SHEREASE LOUIS