UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
SEP 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOSEPH P. CARSON,            )
                             )
    Plaintiff                )
                             )  Civil Action No: 06-1834 (PLF)
    v.                       )
U.S. OFFICE OF SPECIAL COUNSEL,  )
                             )
    Defendant                )
                             )
_____)

## PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO THE SCHEDULING ORDER OF AUGUST 31, 2007

Plaintiff, Joseph P. Carson, PE, submits this unopposed motion to amend the scheduling order of August 31, 2007 to add 28 days to its dates. His opposition to the motion for summary judgement and cross motion are now due on September 14, 2007, extending the current dates by 28 days will change this to October 12, 2007.

Plaintiff communicated with Sherease Louis by email (who has recently, both suddenly and unexpectedly, taken over from Ms. Kidwell in representing defendant) and she concurred by email.

There is good cause for this motion, although the plaintiff regrets basing his previous unopposed motion for an enlargement of time on a misunderstanding of how to calculate the time periods of 5 USC 552(a)(6)(a) and apologizes to the Court and the defendant for this mistake.

Ms. Louis does not now know if OSC will respond to plaintiff's appeal and request for expedited processing of his FOIA request FO-07-2091 in time for him to incorporate its response in the filings now due on September 14, 2007. As plaintiff now understanding the time period

1

of 552(a)(6)(A), it could be the end of September before he obtains OSC's response to his appeal and request for expedited processing of his FOIA request FO-07-2091.

It is the plaintiff's position that OSC should have provided the information requested in FO-07-2091 in its response to FO-06-2732. This is based on the law applicable to the requested records at 5 USC 552(a)(4)(F), 5 USC 1216(a)(3), 5 USC 1214(e), 5 USC 1218, and 5 USC 1219(a)(3), together with the requirement of the law, at 5 USC 552(a)(3)(A), that the requestor need only "reasonably describe such records" and the duty of the agency, per 5 USC 552(a)(6)(B), to discuss suggested modifications to the scope of the FOIA request to ensure its fulfillment in the required time period.

Based on OSC's response to his appeal of FO-07-2091, the plaintiff will likely either not oppose the defendant's motion for summary judgment or incorporate its response into his opposition and cross motion. Therefore, he should have OSC's response to his appeal of FO-07-2091, before responding to OSC's motion for summary judgment and he is due to receive it by the end of September.

For the above reasons, plaintiff respectfully requests the dates of the Court's August 31, 2007 scheduling order be enlarged by 28 days to allow OSC to respond to his appeal of its FOIA response and for the plaintiff, based on OSC's response, to determine how he will respond to the pending motion for summary judgement.

Respectfully Submitted,

_____
Joseph P. Carson, P.E., Plaintiff
10953 Twin Harbor Dr
Knoxville, TN 37934
865-300-5831