UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
SEP 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JOSEPH P. CARSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No: 06-1834 (PLF) |
| v. ) | |
| U.S. OFFICE OF SPECIAL COUNSEL, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

### ORDER

UPON CONSIDERATION OF Plaintiff's Unopposed Motion to Amend the Schedule established by the Order of August 31, 2007 and the entire record herein, it is this _12_ day of _____, 2007,

**ORDERED**, that Plaintiff's unopposed motion is **GRANTED**, and it is,

**FURTHER ORDERED** that the dates of the August 31, 2007 scheduling order will be enlarged by 28 days.

_____
UNITED STATES DISTRICT JUDGE

1

**Certificate of Service**

I certify that the Plaintiff's motion to amend the scheduling order of August 31, 2007, with proposed order, in <u>Carson v. Office of Special Counsel</u>, docket no. 06-1834:

was served, commercial delivery, on


<u>Representative for OSC</u>

US Dept. of Justice
Attention: Sherease Louis
555 Fourth St, NW
Room 4821
Washington, DC 20530

_____
Joseph P. Carson

September 7, 2007

