## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH CARSON, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>U.S. OFFICE OF SPECIAL COUNSEL, )<br>  )<br>  Defendant. ) | Civ. Action No. 1:06-1834 (PLF)<br>ECF |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Judith A. Kidwell.

Dated: September 24, 2007                Respectfully submitted,

                                  /s/
                                  JUDITH A. KIDWELL

                                  /s/
                                  BLANCHE L. BRUCE
                                  D.C. Bar No. 960245
                                  Assistant United States Attorney
                                  555 Fourth St., N.W.
                                  Washington, D.C. 20530
                                  (202) 307-6078