UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH CARSON,                )  |   |
|                               )  |   |
|       Plaintiff,              )  |   |
|                               )  |   |
|       v.                      )  | Civ. Action No. 1:06-1834 (PLF) |
|                               )  | ECF |
| U.S. OFFICE OF SPECIAL COUNSEL, ) |   |
|                               )  |   |
|       Defendant.              )  |   |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of the Court will please withdraw the appearance of Assistant United States Attorney Sherease Louis.

Dated: September 24, 2007          Respectfully submitted,


                                    /s/ Sherease Pratt
                                   SHEREASE PRATT
                                   Special Assistant United States Attorney
                                   555 Fourth Street, N.W., Civil Division
                                   Washington, D.C. 20530
                                   (202) 307-0895