UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
FEB 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOSEPH P. CARSON, )
)
Plaintiff )
) Civil Action No: 06-1834 (PLF)
v. )
U.S. OFFICE OF SPECIAL COUNSEL, )
)
Defendant )
)
_____)

## NOTICE OF RELATED FOIA REQUEST AND REQUEST FOR EXPEDITED PROCESSING

Plaintiff, Joseph P. Carson, PE, suspects Erin McDonnell, the General Counsel for OSC, made material false statements, under oath, to this Court in her declarations in which she claimed that none of the 40 or more field investigations OSC has conducted since 1989, per 5 USC 1216(a)(3), resulted from complaints that cited, provided, and/or reference the requisite finding of 5 USC 552(a)(4)(F) "that the circumstances surrounding the withholding raise questions whether agency personnel acted arbitrarily or capriciously with respect to the withholding."

To substantiate or dispel his concern and obtain other information relevant to this case, Mr. Carson has made another FOIA request of OSC and requested expedited processing. It is attached to this notice.

Respectfully Submitted,

Joseph P. Carson, P.E., Plaintiff
10953 Twin Harbor Dr Knoxville, TN 37934   865-300-5831

1

## Certificate of Service

I certify that the Plaintiff's notice of a related FOIA request and request for its expedited processing in <u>Carson v. Office of Special Counsel</u>, docket no. 06-1834:

was served, via US Mail, on


<u>Representative for OSC</u>

US Dept of Justice
Attention: Blanche Bruce
555 Fourth St. NW
Washington, DC 20530

_____
Joseph P. Carson

February 9, 2008

FOIA REQUEST AND REQUEST FOR EXPEDITED PROCESSING

February 8, 2008

Mr. Chrisopher Kurt
OSC FOIA Officer
1730 M St, NW
Suite 218
Washington, DC 20036

Via fax and mail

Re: FOIA request for information about OSC's 40 or more field investigations conducted per 5 USC 1216(a)(3) since 1989.

Dear Mr. Kurt,

As you know, I contend OSC, as an independent agency since 1989, has been year-for-year, employee-for-employee, and statutory obligation-for-statutory obligation, the most law-breaking agency in the history of our Republic. I contend its lawbreaking contributed, indirectly at least to 9/11, failure of levees in New Orleans, loss of space shuttle Columbia, the subprime mortgage meltdown, and countless other instances of federal incompetence or malfeasance. I contend its lawbreaking, if not "outed" and stopped, could indirectly contribute to a nuclear 9/11.

Its failure to comply with its statutory duties to protect federal employees from PPP's, combined with its apparent failure to comply with 5 USC 1216(a)(3) and 5 USC 552(a)(4)(F) in the 40 or more field investigations it has conducted, since 1989, pursuant to those two statutes, is a significant factor in agencies non-compliance with FOIA - agency FOIA officials have good reason to fear agency reprisal if they comply with FOIA when inconvenient to their agencies - because OSC will not protect them - and nothing to fear if they do not comply with FOIA law in those circumstances - because OSC will not investigate them.

As you may know I am trying to obtain judicial and Congressional reviews of OSC's compliance with its singular responsibilities to enforce FOIA in the federal government. See <u>Carson v. OSC</u>, docket no. 06-1834, D.D.C.

I seek **expedited processing, per OSC guidelines on its website,** for this request as it is relevant to claims made, under penalty of perjury, by Erin McDonnell, OSC's General Counsel in declarations she made to a Federal Court in filing for this pending case.

Attached is a table, complied from information contained in OSC's Annual Reports to Congress from 1989 to 2002 (when this information stopped being included in the annual reports, contrary to the requirements of 1218), that indicates OSC has conducted 40 or more field investigations of

1

possible agency FOIA malfeasance per 1216(a)(3), which cites 5 USC 552(a)(4)(F) as the source of OSC's jurisdictional authority. For each field investigation conducted by OSC per 1216(a)(3), from 1989 to the present, whether or not listed in an annual report, I desire the following information:

1) any records related to the complaint that resulted in the field investigation, specifically whether it cited, provided, referenced, etc the requisite Federal Judge finding of 552(a)(4)(F) "that the circumstances surrounding the withholding raise questions whether agency personnel acted arbitrarily or capriciously with respect to the withholding." If such a finding was cited, information sufficient to identify the case.

2) If the complaint that led to the field investigation did not cite or reference such a finding, information any reasons used by OSC to claim authority to conduct such a the field investigation.

3) Any records related to the results of any field investigation conducted by OSC per 1216(a)(3).

I suspect Ms. McDonnell made material false statements, under oath, to the Court in her declarations for <u>Carson v. OSC</u>, docket no. 06-1834, D.D.C., for that reason, if no other, this FOIA request warrants expedited processing.

I will pay up to $50.00 for these records. Please contact me if this is insufficient.

Respectfully,

Joseph Carson, PE
10953 Twin Harbour Drive
Knoxville, TN 37934
865-300-5831

Attachment: Table, based on OSC Annual Reports to Congress, of field investigations conducted by OSC per 1216(a)(3) from 1989 through 2002.

OSC FOIA abuse (arbitrary and capricious withholding of information) allegations received and investigations conducted, based on information contained in OSC Annual Reports to Congress, made per 5 USC 1218

Note: 5 USC 552(a)(4)(F) is only place where "Special Counsel" is mentioned in section 552

| Year | allegations received by OSC per 5 USC 1216(a)(3) | OSC field investigations conducted |
|---|---|---|
| 1989 | 34 | 1 |
| 1990 | 27 | 2 |
| 1991 | 30 | 1 |
| 1992 | 29 | 1 |
| 1993 | 50 | 3 |
| 1994 | 48 | 1 |
| 1995 | 55 | 4 |
| 1996 | 45 | 6 |
| 1997 | 33 | 3 |
| 1998 | 35 | 5 |
| 1999 | 43 | 27 (most likely a typo, instead of 2) |
| 2000 | 47 | 3 |
| 2001 | 29 | 6 |
| 2002 | 25 | 2 |
| 2003 | info not in annual report | info not in annual report |
| 2004 | info not in annual report | info not in annual report |
| 2005 | info not in annual report | info not in annual report |