UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
JOSEPH P. CARSON,                       )
                                        )
    Plaintiff,                          )
                                        )
    v.                                  )    Civil Action No. 06-1834 (PLF)
                                        )
U.S. OFFICE OF SPECIAL COUNSEL,         )
                                        )
    Defendant.                          )
_____)

ORDER

For the reasons set forth in the Memorandum Opinion issued this same day, it is hereby

ORDERED that defendant's motion for summary judgment [21] is GRANTED; it is

FURTHER ORDERED that plaintiff's motion for summary judgment [29] is DENIED; and it is

FURTHER ORDERED that this case is DISMISSED for lack of jurisdiction. The Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a). Any other pending motions are denied as moot.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 19, 2008