# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1834 (PLF) |
| | ) |
| UNITED STATES OFFICE OF | ) |
| SPECIAL COUNSEL, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S REPLY TO PLAINTIFF'S NOTICE OF RELATED REQUEST AND REQUEST FOR EXPEDITED PROCESSING

In Reply, Plaintiff's February 11, 2008, "notice" is just one more instance of his use of the judicial process as a vehicle in his campaign of spurious and baseless ad hominin attacks against employees of the Office of Special Counsel (OSC). Plaintiff makes wholly unfounded charges that Ms. McDonnell lied to this Court. This is a very serious allegation, even more so given that Ms. McDonnell is an attorney. Plaintiff, however, acknowledges that this charge is nothing more than speculation on his part. That Plaintiff is pro se is no excuse for his abusive use of the federal courts to engage in these personal attacks against OSC employees. His specious claims against Ms. McDonnell are unworthy of any credence or consideration by this Court.[1]

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610

---

[1]    Furthermore, on February 9, 2008, Plaintiff sent an e-mail "suspect[ing]" that Ms. McDonnell committed perjury without providing one shred of any evidence. (Attachment A).

UNITED STATES ATTORNEY


/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


/s/_____
 BLANCHE L. BRUCE, D.C. BAR #96054
Assistant United States Attorney
555 4th Street, NW,
Washington, D.C.  20530
(202) 307-6078


**CERTIFICATE OF SERVICE**

      I hereby certify that on this   19th day of February, 2008, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

JOSEPH P. CARSON
10953 Twin Harbor Drive
Knoxville, Tn.  37934
(865) 300-5831


/s/_____
BLANCHE L. BRUCE
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

**Bruce, Blanche (USADC)**

| | |
|---|---|
| **From:** | Joe Carson [jpcarson@tds.net] |
| **Sent:** | Saturday, February 09, 2008 2:40 PM |
| **To:** | Bruce, Blanche (USADC) |
| **Subject:** | possible perjury by OSC's McDonnell in Carson v. OSC, 06-1834 |

Dear Ms. Bruce,

As I understand legal ethics, you have clear responsibilities to prevent your client from making perjurious statements to a
Court.    I suspect Ms. McDonnell's declaration of July 27, 2007
makes perjurious statements in paragraphs 13 and 19, and that OSC's 40 or more field investigations of possible agency FOIA malfeasance since 1989 resulted from its receiving complaints, per 1216(a)(3), that contained, cited, referenced, etc the requisite Judge's finding of 552(a)(4)(F).

Respectfully,

Joe Carson, PE
Knoxville, TN

Attachment A

1