UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1834 (PLF) |
| ) | |
| UNITED STATES OFFICE OF ) | |
| SPECIAL COUNSEL, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S NOTICE TO THE COURT
OF PLAINTIFF'S LETTER TO COUNSEL**

Defendant hereby gives notice to the Court of Plaintiff's personal attacks and intimidation in this civil action. (Attachment A - Plaintiff's February 18, 2008 letter) (Attachment B - Defendant's February 19, 2008 letter).

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
UNITED STATES ATTORNEY

/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/_____
 BLANCHE L. BRUCE, D.C. BAR #96054
Assistant United States Attorney
555 4th Street, NW,
Washington, D.C.  20530
(202) 307-6078

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this   19th   day of February, 2008, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

JOSEPH P. CARSON
10953 Twin Harbor Drive
Knoxville, Tn.  37934
(865) 300-5831

      /s/_____
      BLANCHE L. BRUCE
      Assistant United States Attorney
      555 Fourth Street, N.W., Room E-4220
      Washington, D.C. 20530
      (202) 307-6078 (telephone)

**Bruce, Blanche (USADC)**

| | |
|---|---|
| From: | Joe Carson [jpcarson@tds.net] |
| Sent: | Monday, February 18, 2008 8:08 PM |
| To: | Bruce, Blanche (USADC) |
| Subject: | Office of Legal Counsel and OSC? |

February 18, 2008

Ms. Blanche Bruce
Assistant US Attorney
Washington, DC

RE: Your possible professional responsibilities to ensure the Department of Justice Office of Legal Counsel reviews Office of Special Counsel's interpretation of laws it has jurisdiction to enforce

Dear Ms. Bruce,

As I understand the responsibilities and authority of the DOJ Office of Legal Counsel (OLC) <http://www.usdoj.gov/olc/index.html>, it could evaluate OSC's interpretations of the statutes it is charged to implement, because OSC's interpretations impact employees in other agencies and other agencies. As one specific, by 5 USC 2302(c), agency heads are responsible to "prevent PPP's" in their agencies. But if OSC is not making and reporting, per 1214(e) every
positive PPP determination it makes, how can they do so? As
another, DOJ is charged "to encourage" agencies compliance with FOIA. OSC has singular responsibilities to enforce FOIA and deter FOIA non-compliance in all agencies. So if OSC's interpretation of its responsibilities is incorrect, it impacts other agencies, particularly DOJ.

Your office (AUSA) in DOJ has become, in perception if not reality, a "political spoil," largely via violations of laws OSC is responsible to enforce. So if OSC has not been properly enforcing those laws, because its interpretation of those laws is wrong, it impacts DOJ and should warrant OLC review.

As you know, I have no qualms about filing misconduct complaints against the licensed professionals responsible for the OSC debacle. Given that, I respectfully suggest you ensure your actions/inactions in response to my concerns that OLC should be tasked to review OSC's interpretations of laws (that you are defending in one or more pending cases) can bear external scrutiny.

Respectfully,

Joe Carson, PE
Knoxville, TN
865-300-5831

*Attachment A*



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C.  20530*

February 19, 2008

Joseph Carson
10953 Twin Harbour Drive
Knoxville, Tn.  37934

Dear Mr: Carson:

  In your letter of February 18, 2008, you write, among other things,  "As you know, I have no qualms about filing misconduct complaints against the licensed professionals responsible for the OSC debacle.  Given that, I respectfully suggest you ensure your actions/inactions in response to my concerns that OLC should be tasked to review OSC's interpretations of laws (that you are defending in one or more pending cases) can bear external scrutiny."

  I view your letter as 1) an attack on my legal ethics and professionalism; and 2) your attempt at intimidation for me to either agree with your position(s) or require my client, the Office of Special Counsel, to do as you want.   Any further personal attacks should cease and any concerns about my handling of your case should be directed to the management of the United States Attorney's Office.

              Respectfully submitted,

              Jeffrey A. Taylor
              United States Attorney


              /s/_____
              Blanche L. Bruce
              Assistant United States Attorney