UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, | ) |
| Petitioner | ) |
| v. | ) Civil Action No: 06-1834 (PLF) |
| U.S. OFFICE OF SPECIAL COUNSEL | ) |
| Respondent | ) |

## NOTICE OF APPEAL

Notice is hereby given that Joseph P. Carson hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order dismissing his FOIA suit on February 19, 2008.

Respectfully Submitted,

Joseph P. Carson, P.E., pro se
10953 Twin Harbour Drive
Knoxville, TN 37934
863-300-5831

2/29/08
Date

RECEIVED
MAR 3 -- 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1