# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5047**                                   **September Term 2007**

06cv01834

Filed On: July 1, 2008

Joseph P. Carson,

    Appellant

v.

United States Office of Special Counsel,

    Appellee

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 8/24/08
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:** Ginsburg, Randolph, and Kavanaugh, Circuit Judges

### ORDER

Upon consideration of the motion for summary affirmance, the response thereto, and the reply; the motion for summary reversal; the motion to discipline appellee's attorney, styled as "motion to show cause"; and the motion to expedite a response to a Freedom of Information Act (FOIA) request pending at the Office of Special Counsel (OSC), styled as "motion to compel," it is

**ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). FOIA requires an agency to disclose only information in its possession or control. See Reporters Committee for Freedom of the Press v. Kissinger, 445 U.S. 136, 151-52 (1980). An agency is not required to create documents in response to a FOIA request. Id. It is

**FURTHER ORDERED** that the motion to discipline appellee's attorney be denied. Appellant has not provided any reason to believe appellee's counsel may have failed in her duty of candor to the court. It is

**FURTHER ORDERED** that the motion to order an expedited response to appellee's pending FOIA request be denied. Appellee's response to the pending request is not at issue in this case.

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 08-5047                          September Term 2007

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**